SHEPHERD T. KNAPP, Receiver, etc., Respondent, *v.* WALTER ROCHE, Appellant.

(Argued April 12, 1875; decided May 25, 1875.)

THIS action was brought by plaintiff, as receiver of the Bowling Green Savings Bank, against defendant, who was vice-president of said bank, for an alleged unlawful conversion of the moneys and property of said bank. The principal questions in the case were disposed of upon the facts.

Upon the trial the court allowed an amendment of the complaint increasing the demand for judgment to conform to the proofs. *Held*, no error.

By the charter of the bank its officers were prohibited from borrowing, directly or indirectly, its funds. Evidence was given tending to show that defendant took checks upon the bank, signed by its secretary and president, and used them in individual stock speculations. These checks were paid by other checks upon banks where said savings bank kept its

funds on deposit. Defendant's counsel claimed that there was no conversion as defendant did not actually take the moneys of the bank. *Held*, that the transaction amounted to an unlawful taking and misappropriation of the funds of the institution.

*James C. Carter* for the appellant.

*John E. Develin* for the respondent.

MILLER, J., reads for reversal and new trial.
All concur; CHURCH, Ch. J., concurring in result.
Judgment reversed.